ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Clean4you | ) | ASBCA No. 63112 |
| | ) | |
| Under Contract No. KAIS21-12151 | ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Stefan Pitsch
    CEO

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
    Army Chief Trial Attorney
    MAJ Weston E. Borkenhagen, JA
    CPT Timothy M. McLister, JA
    Trial Attorneys

ORDER OF DISMISSAL

By email dated December 14, 2021, appellant filed a notice of appeal with the Board, which was docketed on December 22, 2021. Between December 22, 2021 and February 14, 2022 appellant failed to respond to several Board Orders sent to the email address utilized by appellant to file its notice of appeal. This resulted in the issuance of an Order to Show Cause dated March 1, 2022.

After a conference call with the parties, by Order dated March 8, 2022, the Board directed the parties to submit a joint status report no later than May 2, 2022. The government filed a status report independently on May 2, 2022, and indicated that it had not been able to successfully communicate with appellant since the March conference call with the Board. By Order dated May 5, 2022, the Board directed appellant to comply with the March 8, 2022 Order; however, appellant did not respond. The Board issued another Order dated June 2, 2022 directing appellant to respond to the May 5, 2022 Order; again, appellant did not respond. These Orders were sent to the email address utilized by appellant to file its notice of appeal.

On June 28, 2022, appellant was ordered, within 21 days, to either respond to the Board's prior Orders or show cause why the appeal should not be dismissed for failure to prosecute. The Order was sent to the email address utilized by appellant to file its notice of appeal. The Board has received no response from appellant and has received no other

correspondence from appellant to date. Accordingly, the above appeal is dismissed with prejudice under Board Rule 17.

Dated: August 11, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63112, Appeal of Clean4you, rendered in conformance with the Board's Charter.

Dated: August 11, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals